NO. 07-00-0511-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 10, 2001

______________________________

GUADALUPE ALANIZ, APPELLANT

V.

WAYNE CROTWELL, INDIVIDUALLY AND,

D/B/A CROTWELL-HINSON FARMS, APPELLEE

_________________________________

FROM THE 121
ST
 DISTRICT COURT OF TERRY COUNTY;

NO. 14,675; HONORABLE KELLY G. MOORE, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On April 9, 2001, appellee Wayne Crotwell filed a Notice of Bankruptcy in this appeal.  A certified copy of his Voluntary Petition in the United States Bankruptcy Court for the Northern District of Texas was attached to the notice.  The certified copy of the petition in bankruptcy reflects that the original of the petition was filed with the bankruptcy court clerk on March 30, 2001. 

Pursuant to 
Tex. R. App. P
. 8, this appeal is suspended until further order of this court.  The parties are directed to take such action as is appropriate to advise the clerk of this court of any change in the status of appellee’s bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate pursuant to 
Tex. R. App. P
. 8.3.

Per Curiam

Do not publish.